Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY ELIZABETH DIXON,<br><br>Defendant. | NO. CR15-259MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND OTHER CASE DEADLINES |

This matter comes before the Court on the stipulated motion of the United States of America and of Defendant Mary Dixon (20) to continue the trial date and other deadlines as to Ms. Dixon to correspond to the trial date and case deadlines applicable to the other Defendants, as set forth in this Court's "Order Continuing Trial Date and Setting Case Schedule" (Dkt. # 263).

Ms. Dixon was arrested after the September 3, 2015 status conference that gave rise to the continuance Order. However, the same reasoning and grounds behind the Court's prior Order apply with at least equal force to Ms. Dixon. Ms. Dixon further represents and agrees that she in fact needs the additional time to review the voluminous discovery and to prepare for trial. The Court finds that more time is therefore necessary.

Order Granting Stipulated Motion to Continue - 1
*U.S. v. Dixon*, CR15-259MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Now, therefore, based on the record made at the Status Conference, on the findings made in this Court's prior Order and on the parties' stipulation, it is hereby:

ORDERED that trial as to Ms. Dixon is continued to the same trial date as her co-defendants, March 14, 2016, commencing at 9:00 a.m.  Ms. Dixon is asked to execute and file a Speedy Trial Waiver through the first week of April 2016.

ORDERED that all other case management procedures and deadlines set forth in this Court's prior Order (Dkt. # 263) shall apply as to Ms. Dixon.

ORDERED, that the resulting period of delay through the current trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

So ordered this 9th day of October, 2015.

Marsha J. Pechman
United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

By: */s/ Vincent T. Lombardi*  
VINCENT T. LOMBARDI
THOMAS WOODS
Assistant United States Attorneys

*/s/ Lee Covell*  
LEE COVELL
Attorney for Defendant Mary Dixon

Order Granting Stipulated Motion to Continue - 2
*U.S. v. Dixon*, CR15-259MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970